UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-207-RJC

| | |
|---|---|
| TAHIRA ABDUR-RAHMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| WELLS FARGO BANK N.A., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on the "Motion for Leave to Appear Pro Hac Vice as to Matthew R. Korn" (Doc. No. 6) filed June 21, 2021. For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: July 2, 2021

Robert J. Conrad, Jr.
United States District Judge