UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00207-RJC

| | |
|---|---|
| TAHIRA ABDUR-RAHMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK N.A., ) <br> ) <br> Defendant. ) <br> ) <br> ) | **Order** |

**THIS MATTER** comes before the Court on Plaintiff's Consent Motion to Consolidate Related Case. (DE 22). Having considered the motion, record, and applicable authority, and finding that there is good cause to grant the relief requested and that Defendant consents to the relief requested, the Court will **GRANT** the motion.

**IT IS, THEREFORE, ORDERED** that the action captioned *Tahira Abdur-Rahman v. Wells Fargo Bank, N.A.*, U.S. District Court for the Western District of North Carolina, Civil Action No. 3:21-cv-669-RJC is hereby consolidated with the instant action.

**SO ORDERED**.

Signed: March 7, 2022

Robert J. Conrad, Jr.
United States District Judge