DocuSign Envelope ID: 897BCD95-3492-4183-B8F5-CFE934DDB7E4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TAHIRA ABDUR-RAHMAN, *on behalf of herself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CIVIL ACTION NO. 3:21-cv-207 |
| TAHIRA ABDUR-RAHMAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CIVIL ACTION NO. 3:21-cv-669 |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed between Plaintiff Tahira Abdur-Rahman and Defendant Wells Fargo Bank, N.A., that this action is hereby dismissed with prejudice with each party to bear their own costs and attorneys' fees. Any and all putative class claims are dismissed without prejudice.

Respectfully submitted,

/s/ *L. Michelle Gessner*
L. Michelle Gessner (NC Bar No. 26590)
**GESSNERLAW, PLLC**
Post Office Box 78161
Charlotte, NC 28271
Telephone: (844) 437-7637
Facsimile: (980) 206-0286
michelle@mgessnerlaw.com
ATTORNEY FOR PLAINTIFF

/s/ *Brandon J. Crainer*
Brandon J. Crainer (NC Bar No. 56193)
Matthew R. Korn (pro hac vice)
**FISHER & PHILLIPS LLP**
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
bcrainer@fisherphillips.com
mkorn@fisherphillips.com
ATTORNEYS FOR DEFENDANT

FP 44024670.1